IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Donald Anthony

Printed: 2/5/08

Case Number: 04 B 28053
Judge: Wedoff, Eugene R
Filed: 7/29/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 29, 2007
Confirmed: October 21, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,940.00 |  |
| Secured: |  | 9,214.99 |
| Unsecured: |  | 926.33 |
| Priority: |  | 6,065.32 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 883.36 |
| Other Funds: |  | 850.00 |
| Totals: | 17,940.00 | 17,940.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Village of Riverdale | Secured | 110.00 | 110.00 |
| 3. | HSBC Auto Finance | Secured | 8,295.59 | 8,295.59 |
| 4. | Countrywide Home Loans Inc. | Secured | 3,761.55 | 709.40 |
| 5. | Computer Finance LLC | Secured | 100.00 | 100.00 |
| 6. | Internal Revenue Service | Priority | 6,065.32 | 6,065.32 |
| 7. | Discover Financial Services | Unsecured | 3,225.45 | 926.33 |
| 8. | Internal Revenue Service | Unsecured | 5,560.15 | 0.00 |
| 9. | HSBC Auto Finance | Unsecured | 537.24 | 0.00 |
| 10. | Illinois Dept Of Employment Sec | Unsecured | 3,098.72 | 0.00 |
| 11. | Nicor Gas | Unsecured | 228.69 | 0.00 |
| 12. | Providian | Unsecured |  | No Claim Filed |
| 13. | Comcast | Unsecured |  | No Claim Filed |
| 14. | Village of Dolton | Unsecured |  | No Claim Filed |
| 15. | AT&T | Unsecured |  | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured |  | No Claim Filed |
|  |  |  | $ 30,982.71 | $ 16,206.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 268.78 |
| 4% | 100.95 |
| 3% | 50.72 |
| 5.5% | 340.50 |
| 4.8% | 122.41 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jackson, Donald Anthony | Case Number: 04 B 28053 |
| | Judge: Wedoff, Eugene R |
| Printed: 2/5/08 | Filed: 7/29/04 |

_____
$ 883.36

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

